AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| RUSSIANFOOD.COM LLC,<br><br>*Plaintiff(s)*<br><br>v.<br><br>MICHAEL MAYMAN, SI POWER, LLC, NEWFOLD DIGITAL, INC., WEB.COM GROUP, INC., AND NETWORK SOLUTIONS, LLC.<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 24-cv-04743-EK-TAM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Michael Mayman 300 Winston Drive, Apt 2921 Cliffside Park  New Jersey 07010
SI Power, LLC 300 Winston Drive, Apt 2921 Cliffside Park  New Jersey 07010
Newfold Digital, Inc. 5335 Gate Parkway Jacksonville Florida 32256
Web.com Group, Inc. 5335 Gate Parkway Jacksonville Florida 32256
Network Solutions, LLC  12808 Gran Bay Parkway West Jacksonville  Florida 32258

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SINAYSKAYA YUNIVER P.C.
710 Avenue U
BROOKLYN, NY 11223
STEVEN@SYPCL.COM
718-402-2240

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: 07/9/2024

BRENNA B. MAHONEY
*CLERK OF COURT*

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*